# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WARMINSTER EQUITIES, LLC | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WARMINSTER COMMERCE, LLC | : | NO. 10-520 |
| | : | |
| Defendant. | : | |
| WARMINSTER COMMERCE, LLC | : | |
| | : | |
| Counterclaim/Third-Party Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| WARMINSTER EQUITIES, LLC | : | |
| | : | |
| Counterclaim Defendant | : | |
| | : | |
| and | : | |
| | : | |
| ABINGTON SAVINGS BANK | : | |
| | : | |
| Third-Party Defendant | : | |

## ORDER

AND NOW, this *7ʰ* day of *October*, 2010, upon consideration of Defendant/Third-Party Plaintiff Warminster Commerce, LLC's Motion to Dismiss Counterclaims of Third-Party Defendant Abington Savings Bank (Docket No. 25) and Third-Party Defendant Abington Savings Bank's Response (Docket No. 29), it is hereby **ORDERED** that Defendant/Third-Party Plaintiff's Motion to Dismiss Counterclaims of Third-Party Defendant is **DENIED** in its entirety.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.